# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

128416
(53)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SHARON DONOHUE and KEVIN DONOHUE,
     Plaintiffs-Appellants,

v

INTERMODAL TRANSPORTATION
SERVICES, INC.,
     Defendant-Appellee.

SC: 128416
COA: 249700
Oakland CC: 02-041818-NZ

_____/

     On order of the Court, the motion for reconsideration of this Court's order of December 9, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

     KELLY, J., would grant reconsideration and, on reconsideration, would grant leave to appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

l0221